```
              FILED      LODGED
              RECEIVED   COPY

              FEB 25 2020

              CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
              BY_____ M DEPUTY
```

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   RAYNETTE M. LOGAN
3  Assistant United States Attorney
   Arizona State Bar No. 016695
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: Raynette.Logan@usdoj.gov
   Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00182-PHX-SMB (ESW) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 1117<br>(Conspiracy to Commit Murder)<br>Count 1 |
| 1. Jose Luis Carpio, and | 18 U.S.C. §§ 1153 and 1111<br>(CIR-Felony Murder)<br>Count 2 |
| 2. Alanna Marleice Jackson, | 18 U.S.C. §§ 1153 and 1111<br>(CIR-Second Degree Murder)<br>Count 3 |
| Defendants. | 18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR-Assault with a Dangerous Weapon)<br>Count 4 |
| | 18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR-Assault Resulting in Serious Bodily Injury)<br>Count 5 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 7, 2019, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, JOSE LUIS CARPIO and ALANNA

MARLEICE JACKSON, conspired with each other to commit Murder, in violation of Title 18, United States Code, Sections 1153 and 1111.

### OVERT ACT

In furtherance of the conspiracy and to affect the objectives thereof, JOSE LUIS CARPIO and ALANNA MARLEICE JACKSON performed the following overt acts, among others, within the District of Arizona:

(1) On or about October 7, 2019, JOSE LUIS CARPIO and ALANNA MARLEICE JACKSON, armed themselves with knives;

(2) On or about October 7, 2019, JOSE LUIS CARPIO and ALANNA MARLEICE JACKSON, went to G.M.'s house; and,

(3) On or about October 7, 2019, JOSE LUIS CARPIO and ALANNA MARLEICE JACKSON broke out the windows to G.M.'s house.

In violation of Title 18, United States Code, Section 1117.

### COUNT 2

On or about October 7, 2019, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, JOSE LUIS CARPIO and ALANNA MARLEICE JACKSON, both Indians, did with malice aforethought, and in the perpetration and attempted perpetration of a felony, that is, burglary, did unlawfully kill G.M.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 3

On or about October 7, 2019, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, JOSE LUIS CARPIO and ALANNA MARLEICE JACKSON, both Indians, did with malice aforethought unlawfully kill G.M.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 4

On or about October 7, 2019, in the District of Arizona, within the confines of the

Gila River Indian Community, Indian Country, JOSE LUIS CARPIO and ALANNA MARLEICE JACKSON, both Indians, did knowingly and intentionally assault G.M. with a dangerous weapon, that is, a knife, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 5

On or about October 7, 2019, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, JOSE LUIS CARPIO and ALANNA MARLEICE JACKSON, both Indians, did intentionally, knowingly, and recklessly assault G.M., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: February 25, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

s/
RAYNETTE M. LOGAN
Assistant U.S. Attorney